# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **CODY HADDEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )    Case No.: 17-CV-2672 |
| **CREDIT SYSTEMS** | ) |
| **INTERNATIONAL, INC.,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Cody Hadden and Defendant Credit Systems International, Inc., by and through respective undersigned counsel, and hereby notify the Court that the parties have reached a settlement concerning the instant case.

This 19th day of January, 2018      Respectfully Submitted:

/s/ Ryan B. Patton
Ryan B. Patton #78155
Ryan D. Knipp #23225      /s/ Benjamin N. Hutnick
Patton & Knipp, LLC      Benjamin N. Hutnick #23666
12760 W 87th St. Pkwy, Ste 108      Berman & Rabin, P.A.
Lenexa, KS 66215      Overland Park, KS 66223
Telephone: (913) 495-9998      P: (913) 649-1555
Fax: (888) 720-1985      F: (913) 652-9474
rpatton@pattonknipp.com      bhutnick@bermanrabin.com
rknipp@pattonknipp.com      *ATTORNEYS FOR DEFENDANT*
*ATTORNEYS FOR PLAINTIFF*